

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 13, 2016**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-43338-rfn-13 |
| | § | |
| HENRY DON ROLAN, | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

### AGREED ORDER CONCERNING DEBTOR'S
### MOTION TO LIFT STAY TO OBTAIN DIVORCE

On this day came to be considered the Motion to Lift Stay to Obtain Divorce filed by ROLAN, HENRY DON ("Debtor"). The debtor and the spouse have each signed this Order to indicate their agreement to the Motion to Lift Stay.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Debtor's Motion to Lift Stay to Obtain a Divorce is GRANTED for all purposes.

**END OF ORDER**

Requested and Agreed:

*[signature]*
Henry Don Rolan
Debtor

*[signature]*
Charlotte Rolan
Non-Filing Spouse